IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

Vs.                              CASE NO. 4:06cr00057-01

CHARLES EDWARD LEWIS                                                    DEFENDANT

ORDER

The above named defendant appeared before this Court on June 20, 2006, for a hearing on United States' motion to revoke bond (docket entry #14).

For the reasons stated on record following the testimony of the Probation Officer and Defendant, the Court grants the motion to revoke bond and orders Defendant detained pending his sentencing hearing.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED this __20th__ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE